# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.  PEREZ SAUCEDO          [1]      08MJ0971

                         [ ]                      [ ]

The Honorable:   ANTHONY J. BATTAGLIA

Atty   LYNN H. BALL          for   [1]   -   CJA
Atty   _____      for   [ ]   -
Atty   _____      for   [ ]   -

AJB08-1: 1345-1347

AUSA Carlos Cantu

Government Oral Motion to Dismiss Complaint - Granted.
Abstract Order issued to U.S. Marshal.

Date: 05/13/08

END OF FORM                                          by YMM